Shumake v. Wallens Ridge State Prison                                                         Doc. 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DARYLL SHUMAKE,<br>Plaintiff, | Civil Action No. 7:05cv00708 |
| v. | **FINAL ORDER** |
| WALLENS RIDGE STATE PRISON,<br>Defendant. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED**

that the above captioned 42 U.S.C. § 1983 action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order to the plaintiff.

**ENTER**: This 24th day of November, 2005

UNITED STATES DISTRICT JUDGE

Dockets.Justia.com